**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2191

DONALD P. KECK, JR.,

Plaintiff - Appellant,

v.

COMMONWEALTH OF VIRGINIA; GENE JOHNSON, in his Official and
Individual Capacities; WILLIAM ROGERS, a/k/a Buck; JOHN B.
TAYLOR; ROBIN HULBERT; PAUL BROUGHTON; NICK BRAUGHTON; G. K.
WASHINGTON; KATHY BRAME; EDDIE PEARSON; TAMMIE ESTEP; ERIC
BRAEN; KENNY MOORE; BEATRICE ANDERSON; ELIZABETH THORNTON;
DOUG SMITH; KAREN HARDWICK; STEVE WERBY; KEVIN BIRCHAM; GARY
DURHAM; CLAUDIA FARR, in her Official and Individual
Capacities; JOHN V. ROBINSON, in his Official and Individual
Capacities; SARAH R. WILSON, in her Official and Individual
Capacities; ERNEST G. SPRATLEY, in her Official and
Individual Capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, Senior
District Judge. (3:10-cv-00555-REP-MHL)

Submitted: March 29, 2012          Decided: April 2, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald P. Keck, Jr., Appellant Pro Se.  Sydney Edmund Rab,
Assistant Attorney General, Richmond, Virginia; Mary Elizabeth
Davis, SPOTTS FAIN, PC, Richmond, Virginia; Joshua Paul Hanbury,

George Peter Sibley, III, HUNTON & WILLIAMS, LLP, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald P. Keck, Jr., appeals the district court's order adopting the magistrate judge's recommendation to deny his several federal and state law claims against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Keck v. Virginia, No. 3:10-cv-00555-REP-MHL (E.D. Va. Sept. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED